**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 147 EAL 2014
:
                     Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
CHARLES POPE, :
:
               Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 2nd day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.